AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __KENTUCKY__

CALIFORNIA CASUALTY INDEMNITY EXCHANGE

V.

KENNETH MEEK AND TANNA MEEK
INDIVIDUALLY AND AS NEXT FRIENDS
OF BENJAMIN MEEK - THEIR MINOR CHILD

SUMMONS IN A CIVIL CASE

CASE 7:05-CV-333 GCR

Eastern District of Kentucky
**FILED**
OCT 27 2005
AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

TO: (Name and address of Defendant)

KENNETH MEEK
1050 RURAL ROUTE 1428
HAGER HILL, KENTUCKY 41222

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOHN F. KELLEY, JR., ESQ.
FARMER, KELLEY, BROWN, WILLIAMS & BREEDING
P.O. DRAWER 490
LONDON, KENTUCKY 40743-0490

an answer to the complaint which is herewith served upon you, within __TWENTY (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Leslie G. Whitmer                                      10-19-05
CLERK                                                  DATE

Elaine House Morgan
(By) DEPUTY CLERK

◆AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 10-26-05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Certified Mail | |

Check one box below to indicate appropriate method of service

☒ Served personally upon the ~~third-party~~ defendant. Place where: Certified Mail- See Return Receipt Below)

G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G Returned _____

G Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed 10/27/05
Date

Signature of Server: John F. Keely, Jr. Esq.

Address of Server: P.O. Box 490, London, Ky 40743

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KENNETH MEEK
1050 RURAL ROUTE 1428
HAGER HILL, KENTUCKY 41222

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Kenneth Meek   ☐ Agent  ☒ Addressee

B. Received by (Printed Name): Kenneth Meek
C. Date of Delivery: 10-26-05

D. Is delivery address different from item 1? ☒ Yes
If YES, enter delivery address below: ☐ No

P.O. Box 736
W. Van Lear, Ky 41260

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7003 1680 0000 6705 4766

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540