Eastern District of Kentucky
FILED
JUN 20 2006
AT PIKEVILLE
LESLIE G. WHITMER
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

| | |
|---|---|
| CALIFORNIA CASUALTY INDEMNITY EXCHANGE, <br><br> Plaintiff, <br><br> VS. <br><br> KENNETH MEEK and TANNA MEEK, Individually and as Next Friends of Their Minor Child, BENJAMIN MEEK <br><br> Defendants, | Civil No. 05-333-GFVT |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**MOTION FOR EXTENSION OF TIME**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Comes now Guardian Ad Litem for the minor Defendant Benjamin Meek and moves the Court for a 20 day extension of time to file Report as ordered by this Court on April 28, 2006, on the following grounds:

I have made several attempts to contact Benjamin Meek, however, I have had no success in getting in touch with him or his parents. On May 4, 2006, I mailed a letter to Benjamin Meek, enclosing the case pleadings and requesting that he or his parents contact me. I never received a response from Benjamin Meek. I tried calling Benjamin Meek and the phone number I obtained for his father was temporarily disconnected. On June 9, 2006, I mailed letters to Benjamin Meek's parents by certified mail requesting that they contact me. Benjamin's father Kenneth Meek signed for the letter on June 13, 2006. I have yet to hear from Kenneth Meek or his son. I request that this Court give

Benjamin Meek more time to get in contact with me since I only have proof that his father received the letter seven days ago. Without consulting with Benjamin Meek, I am unable to prepare and file an Answer on his behalf. In case this Court is not agreeable to granting the extension, please find attached as Exhibit No. 1 this Guardian Ad Litem's tentative Report.

WHEREFORE, the Guardian Ad Litem on behalf of minor Benjamin Meek respectfully prays that the Court grant a twenty (20) day extension of time in which to file a report and response pleading to Plaintiff's Complaint.

**PAM MAY LAW FIRM.**
131 Main Street
US Bank Building, 3rd Floor
P.O. Box 1439
Pikeville, Kentucky 41502
Telephone: (606) 432-0400
Telefax: (606) 432-9139

By: _____
JOSHUA J. OWEN

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was duly mailed this 20th day of June 2006, to the following:

Farmer, Kelley, Brown, Williams & Breeding
502 West Fifth Street
P.O. Drawer 490
London, Kentucky 40743-0490

_____
JOSHUA J. OWEN